IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL A. McNAMEE,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                                Case No. 13-cv-10-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Cheryl A. McNamee's motion for post conviction relief under 28 U.S.C. § 2255.

*s/ Peter Oppeneer*                               2/28/2013
Peter Oppeneer, Clerk of Court               Date